# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2024

### NO. 03-23-00354-CV

**Paul Johnson, Appellant**

**v.**

**Bastrop Central Appraisal District, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order declaring appellant a vexatious litigant signed by the trial court on May 17, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order declaring appellant a vexatious litigant and requiring him to furnish security and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2024

## NO. 03-23-00404-CV

**Paul Johnson, Appellant**

**v.**

**Bastrop Central Appraisal District, Appellee**

## APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the order dismissing with prejudice appellant's lawsuit signed by the trial court on June 21, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order dismissing appellant's lawsuit for failure to furnish security and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.